SIDNEY HEIM et al., Respondents, *v.* LANGWELL ASSOCIATES, INC., Appellant. MORRIS FISH, Intervener, Appellant; LANGWELL ASSOCIATES (a Partnership) et al., Impleaded Interveners, Respondents.

Submitted October 3, 1951; decided October 5, 1951.

*Meyer D. Siegel, Albert P. Singman* and *Irving E. Field* for motion.

*Isidore A. Seltzer, Murray L. Gilman, Joseph V. McKee* and *John C. O'Malley* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the required papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.